

# Fourth Court of Appeals
## San Antonio, Texas

August 12, 2016

No. 04-16-00017-CR

James **MOODY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 15, Bexar County, Texas
Trial Court No. 413867
The Honorable Robert Behrens, Judge Presiding

# O R D E R

Pat Montgomery, counsel for appellant, has filed a third request for an extension of time to file the appellant's brief. This court granted appellants' prior two requests for an extension of time to file the appellant's brief. We grant appellant's third motion for extension of time to file the appellant's brief. We order Pat Montgomery to file the appellant's brief by August 30, 2016.

Counsel is advised that no further extensions of time will be granted absent a motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court generally does not consider a heavy work schedule to be an extraordinary circumstance.

Counsel is further advised that if the appellant's brief or a motion strictly complying with this order is not timely filed, the appeal will be abated and the case remanded to the trial court for an abandonment hearing.

_Luz Elena D. Chapa, Justice_

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of August, 2016.



Keith E. Hottle
Clerk of Court